Andrew J. Jaramillo (SBN 198303)
andrew.jaramillo@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:   714-754-1298

Elizabeth A. Falcone (SBN 219084)
elizabeth.falcone@ogletreedeakins.com
Micah D. Fargey (SBN 240458)
micah.fargey@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:   503-552-2140
Facsimile:   503-224-4518

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Cynthia A. Browning (SBN 221253)
1271 Washington Avenue - #251
San Leandro, CA 94577
Telephone:   510-326-2367
Facsimile:   510-263-6050
Email:        4cbrowning@comcast.net

Attorney for Plaintiff
JAMES L. LOUSHIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES L. LOUSHIN,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 20,<br><br>          Defendants. | Case No. C11-00596 MEJ<br><br>The Hon. Maria-Elena James, Presiding<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

Case No. C11-00596 MEJ

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff James L. Loushin ("Plaintiff") and Defendant Home Depot U.S.A., Inc., by and through their respective counsel of record, hereby jointly stipulate to and request the dismissal of the above-entitled action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Additionally, Plaintiff requests that Plaintiff's complaint be dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

IT IS SO STIPULATED.

Dated:  June 17, 2011

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Elizabeth A. Falcone
Andrew J. Jaramillo
Elizabeth A. Falcone
Micah D. Fargey

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.

Dated:  June 17, 2011

**CYNTHIA A. BROWNING**

By: /s/ Cynthia A. Browning
Cynthia A. Browning

Attorney for Plaintiff
JAMES L. LOUSHIN

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 17, 2011

_____
The Honorable Maria-Elena James
United States Magistrate Judge

10462337.1 (OGLETREE)